ELECTRONICALLY FILED
2019 Oct 17 PM 2:46
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2019-CV-000801

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | | |
|---|---|---|
| BRENDA POE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: |
| v. | ) | |
| | ) | Division: |
| WALMART, INC. | ) | |
| | ) | Petition Pursuant to Chapter 60 |
| SERVE: | ) | |
| | ) | Jury Trial Demanded |
| WALMART, INC. | ) | |
| C/O | ) | |
| REGISTERED AGENT | ) | |
| THE CORPORATION COMPANY, INC. | ) | |
| 112 SW 7th Street, Suite 3C | ) | |
| Topeka, KS 66603 | ) | |
| | ) | |
| Defendant. | ) | |

### PETITION FOR DAMAGES

COMES NOW Plaintiff Brenda Poe, and for his cause of action against Defendant O'Reilly Automotive, Inc., states and alleges as follows:

1.      Plaintiff Brenda Poe is an individual residing in Wyandotte County, Kansas at 7504 Edgehill Ave., Kansas City, Kansas 66111.

2.      Defendant Walmart, Inc. ("Walmart" or "Defendant") is a foreign corporation organized and existing under the laws of Delaware and doing business throughout the State of Kansas.  Defendant operates a Walmart Supercenter at 10824 Parallel Pkwy, Wyandotte County, Kansas City, KS 66109.  Defendant may be served with process by serving its Registered Agent, The Corporation Company, Inc. located at 112 SW 7th Street, Suite 3C, Topeka, KS 66603.

3.      Jurisdiction is proper in this Court in that the events giving rise to this cause of action occurred within the State of Kansas and Defendant is a foreign corporation registered in the State of Kansas, and actively doing business throughout the State of Kansas.

EXHIBIT

A
_____

4.      Venue is proper in this Court pursuant to K.S.A. 60-604 in that Plaintiff is a resident of Wyandotte County, Kansas and Defendant transacts business, at the time of the filing of this Petition, in Wyandotte County, Kansas.

5.      On or about October 22, 2017, Plaintiff entered the premises of Defendant Walmart's store #537 located at 13600 S Alden St, Olathe, KS 66062 (the "Walmart Supercenter") for the purpose of purchasing various items, including groceries.  As she walked down the aisle of Defendant's store, she suddenly and without warning slipped on water, and/or a combination of water or some other slippery substance ("slippery substance"), and fell violently to the floor.  The fall caused the plaintiff to sustain serious injuries.

6.      Defendant, as owner and operator of the Walmart Supercenter store, negligently and carelessly:

    a)  Failed to maintain the floor of the store in a reasonably safe condition;

    b)  Allowed a slippery substance to come into contact with and remain on the floor of the store when the Defendant knew, or in the exercise of reasonable care should have known, that the substance created an unreasonable risk of harm to customers of the store such as Plaintiff;

    c)  Permitted a condition to exist on the floors of the store that created an increased risk of harm to customers of the store such as Plaintiff;

    d)  Failed to warn the Plaintiff of the danger presented by the presence of the slippery substance on the floor;

    e)  Failed to exercise reasonable or ordinary care for the safety of customers of the store such as Plaintiff;

    f)  Failed to install a non-slip surface on the floor of the store; and

    g)  Failed to otherwise exercise reasonable or due care with respect to the matters alleged in this petition.

7.      Business owners such as Walmart owe their customers a duty to keep the floors of the business in a reasonably safe condition.

8.      As a direct and proximate result of the negligence of the Defendant as set forth above, plaintiff slipped and fell while within the store.

9.      As a result of the presence of the slippery substance in aisle of Defendant's store where people walk, the Defendant's premises were not reasonably safe.

10.     Defendant knew, or by using ordinary care, could have known of this condition.

11.     It was feasible for the Defendant to remove the slippery substance which created the hazardous condition before Plaintiff was injured.

12.     It was feasible for the Defendant to place a sign, caution tape, or other device to warn of the hazardous condition before Plaintiff was injured.

13.     It was feasible for the Defendant to have cured or repaired the condition that allowed the slippery substance to get onto, and remain, on the aisle of Defendant's Walmart Supercenter store where customers routinely walk and shop.

14.     As a direct and proximate result of the negligence and carelessness of Defendant, Plaintiff has suffered, and will in the future suffer injuries including to her body and person, but not limited to, injuries to her back/lower back/buttocks area, right thigh area, right leg, and right foot and damages including, but not limited to, great bodily pain, shock, loss of sleep and rest, mental worry, embarrassment, anguish, anxiety, loss of enjoyment and quality of life, limitation of activities, permanent injuries, difficulty and limitations with walking, standing, sitting, transitional activities, squatting, climbing stairs, and nervousness; and she has incurred and will in the future incur hospital and medical expenses for the care and treatment of her injuries.

15.     Plaintiff has suffered long lasting injuries and damages not yet capable of ascertainment, but in excess of $75, 000.00 Dollars.

WHEREFORE, Plaintiff prays judgment against Defendant Walmart for an award that will fully compensate her for the injuries and damages she has sustained, for her costs herein expended and for such other and further relief as the Court deems just and proper under the circumstances of this case.

KANSAS CITY ACCIDENT INJURY ATTORNEYS

*/s/ James M. Roswold*

James M. Roswold, KS #16468
Lee R. Hardee, KS #14943
510 Walnut Street, Suite 100
Kansas City, Missouri  64106
(816) 471-5111
Fax: (816) 359-3163
*james@kcaccidentattorneys.com*
*lee@kcaccidentattorneys.com*
ATTORNEYS FOR PLAINTIFF

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

*/s/ James M. Roswold*

Attorney for Plaintiff

ELECTRONICALLY FILED
2019 Oct 17 PM 2:46
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2019-CV-000801

<u>Brenda Poe</u>

vs.

<u>WalMart, Inc.</u>

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**WalMart Inc**

**Registered Agent**

**The Corporation Company, Inc.**

**112 SW 7th Street, Suite 3C**

**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

James Michael Roswold

510 Walnut Street

SUITE 100

KANSAS CITY, MO 64106

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 10/17/2019 04:30:48 PM

**Documents to be served with the Summons:**

PLE: Petition Petition for Damages

ELECTRONICALLY FILED
2019 Nov 14 AM 9:51
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2019-CV-000801

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
## CIVIL DIVISION

| | | |
|---|---|---|
| BRENDA POE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2019-CV-000801 |
| v. | ) | |
| | ) | |
| WALMART, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Marcos A. Barbosa of the law firm of Kutak Rock LLP and enters his

appearance as counsel for Defendant Walmart, Inc.

Respectfully submitted by:

**KUTAK ROCK LLP**

By: */s/ Marcos A. Barbosa*
Marcos A. Barbosa    KS # 22015
2300 Main Street, Suite 800
Kansas City, MO  64108
Phone: (816) 960-0090
E-mail:  Marcos.Barbosa@KutakRock.com
***ATTORNEY FOR DEFENDANT***

1

4835-0606-0972.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 14th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's e-filing system which will notify via electronical mail all counsel of record:

James M. Roswold
Lee R. Hardee
KANSAS CITY ACCIDENT INJURY ATTORNEYS
510 Walnut Street, Suite 100
Kansas City, MO 64106
Phone: (816) 471-5111
E-mail: james@kcaccidentattorneys.com
E-mail: lee@kcaccidentattorneys.com
***ATTORNEY FOR PLAINTIFF***

*/s/ Marcos A. Barbosa*

2