# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRENDA POE, | ) |
| | ) |
|     Plaintiff, | ) |
| | )     Case No. 2:19-cv-02707-CM-GEB |
| v. | ) |
| | ) |
| WALMART INC. | ) |
| | ) |
|     Defendant. | ) |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW the parties Plaintiff Brenda Poe and Defendant Walmart Inc., by and through their undersigned counsels, and stipulate that this matter should be dismissed as to all claims and causes of action against all parties with prejudice, each party to bear its own costs.

Dated: August 13, 2020          Respectfully submitted,

*/s/ James M. Roswold*
James M. Roswold    KS#16468
Lee R. Hardee III    KS#14943
KANSAS CITY ACCIDENT INJURY ATTORNEYS
510 Walnut Street, Suite 100
Kansas City, MO 64106
Phone: (816) 471-5111
E-mail: james@kcaccidentattorneys.com
E-mail: lhardee@thehardeelawfirmllc.com
ATTORNEY FOR PLAINTIFF

By: */s/ Anna M. Berman*
Anna M. Berman    KS # 24519
KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
Phone: (816) 960-0090
E-mail: Anna.Berman@KutakRock.com
ATTORNEY FOR DEFENDANT

1